IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD BUSINGER, Derivatively on Behalf of SAFENET, Inc., | * * * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-06-1408 |
| | * | (Lead Case) |
| ANTHONY CAPUTO, et al. | * * | |
| Defendants. | * | |

*****************************

| | | |
|---|---|---|
| JIM DRESCHER, Derivatively on Behalf of SAFENET, Inc., | * * * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-06-1435 |
| | * | |
| ANTHONY CAPUTO, et al. | * * | |
| Defendants. | * | |

## ORDER

Now pending is the parties' joint motion to dismiss this action. The Court hereby DISMISSES the action WITH PREJUDICE. SafeNet has agreed to pay Plaintiffs' counsel for their fees and expenses in prosecuting the derivative actions prior to their clients' loss of standing. The Clerk is DIRECTED to CLOSE the case.

It is so ORDERED this 8TH day of JUNE, 2007

Benson Everett Legg
Chief Judge